UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 19-0013 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's July 1, 2019, Minute Order, Plaintiff Public Employees for Environmental Responsibility ("Plaintiff"), and Defendant United States Department of Transportation, National Highway Traffic Safety Administration ("Defendant") (collectively, "the Parties"), hereby provide the Court with the following Joint Status Report:

1. On April 29, 2019, the Parties filed a joint status report with the Court advising that Defendant had completed its production of documents responsive to Plaintiff's FOIA request as of April 26, 2019.  Dkt. No. 6.

2. On June 28, 2019, the Parties filed a joint status report advising that Plaintiff was still in the process of reviewing the produced records and working with Defendant to resolve any outstanding questions regarding the production.  Dkt. No. 7.

3. On July 22, 2019, Plaintiff's counsel sent Defendant's counsel an email containing five questions regarding Defendant's production.  Defendant's counsel responded with answers to

all five questions on July 29, 2019.  Plaintiff is still in the process of considering Defendant's responses.

4. The Parties intend to continue to meet and confer in an effort to resolve this litigation without the need for further Court intervention.

5. The Parties propose to file by September 20, 2019, a subsequent joint status report with the Court advising the Court of the status of the matter, including a recommendation for further proceedings.

A proposed order is attached.

Dated:  August 28, 2019                                          Respectfully Submitted,

By: */s/ Paula Naomi Dinerstein*　　　　　　　　JESSIE K. LIU
PAULA NAOMI DINERSTEIN　　　　　　　　　　D.C. Bar #472845
PUBLIC EMPLOYEES FOR ENVIRONMENTAL　　　United States Attorney
　RESPONSIBILITY
962 Wayne Avenue Suite 610　　　　　　　　　　DANIEL F. VAN HORN
Silver Spring, MD 20910　　　　　　　　　　　　D.C. Bar #924092
T: (202) 265-7337　　　　　　　　　　　　　　　Chief, Civil Division
Pdinerstein@peer.org　　　　　　　　　　　　　　T: (312) 857-7070

*Counsel for Plaintiff*　　　　　　　　　　　　　　By: *Diana V. Valdivia*
　　　　　　　　　　　　　　　　　　　　　　　　DIANA V. VALDIVIA
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　　　T: (202) 252-2545
　　　　　　　　　　　　　　　　　　　　　　　　diana.valdivia@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*