**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, <br><br><br> *Defendant*. | Civil Action No. 19-0013 (RDM) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's August 29, 2019, Minute Order, Plaintiff Public Employees for Environmental Responsibility ("Plaintiff"), and Defendant United States Department of Transportation, National Highway Traffic Safety Administration ("Defendant") (collectively, "the Parties"), hereby provide the Court with the following Joint Status Report:

1.      The Parties agreed to a settlement in principle on September 18, 2019.

2.      The Parties require additional time to finalize the formal written agreement, and to have the agreement reviewed and approved pursuant to Department of Justice policies and procedures.

3.      If a stipulation of dismissal is not finalized and filed within the next 30 days, the Parties propose to file by October 21, 2019, a subsequent joint status report with the Court advising the Court of the status of the matter, including a recommendation for further proceedings.

Dated:  September 20, 2019

Respectfully submitted,

By: */s/ Paula Naomi Dinerstein*
PAULA NAOMI DINERSTEIN
PUBLIC EMPLOYEES FOR ENVIRONMENTAL
    RESPONSIBILITY
962 Wayne Avenue Suite 610
Silver Spring, MD 20910
T: (202) 265-7337
Pdinerstein@peer.org

*Counsel for Plaintiff*

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division
T: (312) 857-7070

By: *Diana V. Valdivia*
DIANA V. VALDIVIA
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
T: (202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendant*